UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 1:19-cr-00115-RBJ-1
Criminal Case No. 1:19-cr-00452-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAUDIU NACU,

    Defendant.

---

# ORDER ON MOTION FOR COMPASSIONATE RELEASE

    After considering the applicable factors provided in U.S.C. section 3553(a) and 18 U.S.C. section 3582(c)(1)(A), the applicable policy statements issued by the Sentencing Commission, and the government's responses, Mr. Nacu's motions for compassionate release, ECF No. 169 and 178 in Case No. 19-cr-00115-RBJ-1 and No. 55 in Case No. 19-cr-00452-RBJ-1, are denied for the following reasons:

1. Mr. Nacu pled guilty to Count 1 of the Superseding Indictment (Conspiracy to Use, Produce or Traffic in Counterfeit Access Devices) in Case No. 19-cr-00115-RBJ-1.  He also pled guilty to Counts 1 (Wire Fraud) and 6 (Aggravated Identity Theft) of a Criminal Complaint filed in the Eastern District of Tennessee but transferred to this Court.  Case No. 19-cr-00452-RBJ-1.  He was part of a group of Romanian citizens who used counterfeit magnetic strip cards to steal money from ATM machines in Colorado and elsewhere.

2. On May 12, 2020 the Court sentenced Mr. Nacu to 6 months plus supervised release in Case No. 19-cr-00115-RBJ-1; six months concurrent on count 1 and 24 months consecutive on count 6 in Case No. 19-cr-00455-RBJ-1. The total sentence was 30 months. In his motion in Case No. 19-cr-00115-RBJ-1 Mr. Nacu stated that he would be released to ICE custody on May 3, 2021.

3. The motion is based on the existence of the Covid-19 virus. Mr. Nacu apparently tested positive for the virus, and he cites obesity as a risk factor for a more severe reaction to the virus. In his supplement he states that in his current facility in Dalby CI in Texas, as of February 24, 2021 there were five positive cases. The supplement also added that he had "latent TB."

4. In its response(s) the government reports that after Mr. Nacu tested positive on September 5, 2020, he was quarantined for ten days, during which he was asymptomatic and tested negative. He was then released from quarantine. ECF No. 172 in Case No. 19-cr-00115-RBJ-1; ECF No. 56 in Case No. 19-cr-00455-RBJ-1. At his current facility as of March 19, 2021 only one inmate was currently testing positive, and 88 had recovered.

5. Since that time vaccination of adults inside and outside prisons has further reduced the likelihood of contracting the disease or experiencing serious consequences if contracted.

6. It appears that the motion is moot if he was released to ICE on May 3, 2021. If not moot, then the Court finds that Mr. Nacu has not demonstrated an extraordinary and compelling reason for early release. COVID-19 was a threat to everyone, outside and inside prisons. However, presumably due in part to the measures the BOP has taken to reduce the risk of

the disease to inmates, Mr. Nacu has not experienced serious illness even if he did contract the disease as the first test suggested.

## ORDER

The defendant's motions for compassionate release, ECF Nos. 169 and 178 in Case No. 19-cr-00115-RBJ-1 and No. 55 in Case No. 19-cr-00452-RBJ-1, are DENIED.

Dated: June 1, 2021.

BY THE COURT:

R. Brooke Jackson
U.S. District Court Judge